IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORER'S ) <br> PENSION, WELFARE & ANNUITY ) <br> FUNDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES MASONRY, INC., ) <br> ) <br> Defendant. ) | NO.  12-CV-195-WDS |

## ORDER

**STIEHL, District Judge:**

Before the Court is plaintiff's motion for entry of default judgment (Doc.8). Also before the Court is plaintiff's motion for leave to file amended motion for entry of default judgment (Doc. 9). To date, no response has been filed to either motion.

Upon review of the record, the Court **GRANTS** the motion for entry of default judgment and **GRANTS** the motion for leave to file amended motion. In the Amended motion, plaintiff represents that since filing the motion for entry of default judgment, defendant has paid all liquidated damages and audit costs to plaintiff, leaving only the court costs of Four Hundred Twenty Five dollars ($425.00) and attorney's fees in the amount of Eight Hundred Seventh Seven Dollars and Fifty Cents ($877.50).

Once plaintiff files its verified amended motion for remaining costs and fees, the Court will enter a final judgment order.

IT IS SO ORDERED.

DATE:     04 January, 2013

                                                                          s// WILLIAM D. STIEHL
                                                                             DISTRICT JUDGE